UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                           Case No. 1:24–mj–00327–RSK

v.                                       Hon. Ray Kent

LEO BERRY,

       Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

| | |
|---|---|
| Type of hearing(s): | Detention Hearing<br>Preliminary Hearing |
| Date/Time: | August 14, 2024   03:30 PM |
| Magistrate Judge: | Ray Kent |
| Place/Location: | 584 Federal Building, Grand Rapids, MI |

                                    RAY KENT
                                    U.S. Magistrate Judge

Dated:  August 9, 2024          By:    /s// Brenda Glass
                                                 Courtroom Deputy